## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JUSTIN MICHAEL RHODES** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:18cv408-HSO-JCG** |
| | § | |
| | § | |
| **EVAN HUBBARD, et al.** | § | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL

This matter came on to be heard on the Report and Recommendation [43] of United States Magistrate Judge John C. Gargiulo, entered in this case on July 28, 2020. The Court, after a full review and consideration of Plaintiff's Complaint [1], the Magistrate Judge's Report and Recommendation [43], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 26th day of August, 2020.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE